**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 11-07941-JPC
    §
JOSEPH C. SAPP, III  §
    §
    §
    §
        Debtor(s)  §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　219 South Dearborn Street, Chicago, IL 60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 02/23/2012, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/02/2012                By:  /s/ David P. Leibowitz
                                             (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-07941-JPC |
| | § | |
| JOSEPH C. SAPP, III | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $2,800.00
*and approved disbursements of*     $5.24
*leaving a balance on hand of[1]:*     $2,794.76

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $2,794.76

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $700.00 | $0.00 | $700.00 |
| David P. Leibowitz, Trustee Expenses | $9.62 | $0.00 | $9.62 |

Total to be paid for chapter 7 administrative expenses:     $709.62
Remaining balance:     $2,085.14

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $2,085.14 |
|---|---|---:|---:|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $2,085.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,866.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $2,604.80 | $0.00 | $151.43 |
| 2 | Great Lakes Educational Loan Services | $18,357.91 | $0.00 | $1,067.27 |
| 3 | Great Lakes Educational Loan Services | $14,903.41 | $0.00 | $866.44 |

|  | Total to be paid to timely general unsecured claims: | $2,085.14 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-07941-JPC
Joseph C. Sapp Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 2     Date Rcvd: Feb 03, 2012
                 Form ID: pdf006     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2012.
```
db          +Joseph C. Sapp, III,    412 156th Street,    Calumet City, IL 60409-4524
16880447    +Baron Coll,    155 Revere Dr Suite 9,    Northbrook, IL 60062-1558
16880448   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
16880449    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17629977     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16880450    +Chgo Are Ocu,    600 W Madison,    Chicago, IL 60661-2406
16880451    +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
17761078     Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
              Madison, WI 53708-8973
16880452    +Jay K. Levy & Associates,    155 Revere Drive,    Suite 2,    Northbrook, IL 60062-1558
16880453    +Linebarger Goggan Blair & Sampson,    Attorneys at Law,    P.O. Box 06152,    Chicago, IL 60606-0152
16880454    +Natl Recover,    2491 Paxton Street,    Harrisburg, PA 17111-1036
16880455    +Neighborhood Assistance,    3607 Washington St.,    Jamaica Plain, MA 02130-2604
16880457    +Overland,    4701 W Fullerton Ave,    Chicago, IL 60639-1899
16880458    +Pierce & Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
16880459    +Us Dept Of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121
16880460    +Wells Fargo Bank, NA,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
              1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16880456    +E-mail/Text: bankrup@nicor.com Feb 04 2012 03:21:02     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                             TOTAL: 1
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty        Lakelaw
                                                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2012**             **Signature:** _/s/ Joseph Speetjens_

Case 11-07941    Doc 31    Filed 02/03/12    Entered 02/05/12 23:33:32    Desc Imaged
Certificate of Notice    Page 6 of 6

```
District/off: 0752-1           User: froman                Page 2 of 2                   Date Rcvd: Feb 03, 2012
                               Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2012 at the address(es) listed below:
           Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com, northerndistrict@atty-pierce.com
           David P Leibowitz    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
           Joseph P Doyle    on behalf of Debtor Joseph Sapp joe@fightbills.com
           Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
           Toni   Dillon    on behalf of Creditor   Wells Fargo Bank, N.A. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                               TOTAL: 5