**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-07941-JPC |
| | § | |
| JOSEPH C. SAPP, III | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $95,119.00 | Assets Exempt: | $21,900.00 |
| Total Distributions to Claimants: | $2,085.14 | Claims Discharged Without Payment: | $51,608.98 |
| Total Expenses of Administration: | $714.86 | | |

3)   Total gross receipts of $2,800.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,800.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $159,567.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $714.86 | $714.86 | $714.86 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $33,924.00 | $35,866.12 | $35,866.12 | $2,085.14 |
| **Total Disbursements** | $193,491.00 | $36,580.98 | $36,580.98 | $2,800.00 |

4). This case was originally filed under chapter 7 on 02/28/2011. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2012        By:   /s/ David P. Leibowitz
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Estimated 2010 tax refund of $4,000 will be spent on ordinary and necessary living expenses. | 1124-000 | $2,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,800.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Overland | 4110-000 | $12,572.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $146,995.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$159,567.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $700.00 | $700.00 | $700.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $9.62 | $9.62 | $9.62 |
| Green Bank | 2600-000 | NA | $5.24 | $5.24 | $5.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$714.86** | **$714.86** | **$714.86** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, | 7100-900 | $2,604.00 | $2,604.80 | $2,604.80 | $151.43 |

**UST Form 101-7-TDR (5/1/2011)**

|   | Claimant | Code | | | | |
|---|---|---|---|---|---|---|
|   | N.A. | | | | | |
| 2 | Great Lakes Educational Loan Services | 7100-000 | NA | $18,357.91 | $18,357.91 | $1,067.27 |
| 3 | Great Lakes Educational Loan Services | 7100-000 | $13,492.00 | $14,903.41 | $14,903.41 | $866.44 |
|   | Baron Coll | 7100-000 | $7,460.00 | NA | NA | $0.00 |
|   | Baron Coll | 7100-000 | $1,964.00 | NA | NA | $0.00 |
|   | Cap One | 7100-000 | $1,093.00 | NA | NA | $0.00 |
|   | Chgo Are Ocu | 7100-000 | $5,381.00 | NA | NA | $0.00 |
|   | Chgo Are Ocu | 7100-000 | $1,448.00 | NA | NA | $0.00 |
|   | Creditors Interchange | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Jay K. Levy & Associates | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Linebarger Goggan Blair & Sampson | 7100-000 | $244.00 | NA | NA | $0.00 |
|   | Natl Recover | 7100-000 | $148.00 | NA | NA | $0.00 |
|   | Neighborhood Assistance | 7100-000 | $0.00 | NA | NA | $0.00 |
|   | Nicor Gas | 7100-000 | $90.00 | NA | NA | $0.00 |
|   | Pierce & Associates | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $33,924.00 | $35,866.12 | $35,866.12 | $2,085.14 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 11-07941-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SAPP, III, JOSEPH C. | Date Filed (f) or Converted (c): | 02/28/2011 (f) |
| For the Period Ending: | 6/12/2012 | §341(a) Meeting Date: | 04/12/2011 |
| | | Claims Bar Date: | 10/11/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real estate located at 412 156th Street, Calumet City, IL 60409 | $80,500.00 | $0.00 | DA | $0.00 | FA |
| 2  Cash on Hand | $19.00 | $0.00 | DA | $0.00 | FA |
| 3  Checking account with Chase | $900.00 | $0.00 | DA | $0.00 | FA |
| 4  Checking account with TCF | $20.00 | $0.00 | DA | $0.00 | FA |
| 5  Miscellaneous used household goods and furnishings | $450.00 | $0.00 | DA | $0.00 | FA |
| 6  Books, Pictures, and CD's | $100.00 | $0.00 | DA | $0.00 | FA |
| 7  Wearing Apparel | $500.00 | $0.00 | DA | $0.00 | FA |
| 8  Term Life Insurance policy through employer - (No cash surrender value) | $0.00 | $0.00 | DA | $0.00 | FA |
| 9  401(k) / Retirement plan through employer - 100% exempt. | $26,405.00 | $26,405.00 | DA | $0.00 | FA |
| 10  Estimated 2010 tax refund of $4,000 will be spent on ordinary and necessary living expenses. | $4,000.00 | $1,489.00 | DA | $2,800.00 | FA |
| 11  Automobile - 2002 Chevrolet Impala with 80,000 miles - Current/Reaffirm - Full Coverage Auto Insurance | $4,125.00 | $0.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                **Gross Value of Remaining Assets**

| | $117,019.00 | $27,894.00 | | $2,800.00 | $0.00 |

**Major Activities affecting case closing:**
Debtor received 5k paid job back for over payment from work.  Need accounting and make payment arrangements.  Equity $2511.00 must be paid back to estate. continued to 4-28 @ 4
TFR Completed for Trustee's Review.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-07941-JPC | |
| **Case Name:** | SAPP, III, JOSEPH C. | |
| **Primary Taxpayer ID #:** | ******2009 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 2/28/2011 | |
| **For Period Ending:** | 6/12/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******4101 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/25/2011 | (10) | Joseph Sapp | | 1124-000 | $2,800.00 | | $2,800.00 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.87 | $2,799.13 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.37 | $2,794.76 |
| 02/24/2012 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $9.62 | $2,785.14 |
| 02/24/2012 | 1002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $700.00 | $2,085.14 |
| 02/24/2012 | 1003 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 2,604.80; Amount Allowed: 2,604.80; Distribution Dividend: 5.81; | 7100-900 | | $151.43 | $1,933.71 |
| 02/24/2012 | 1004 | Great Lakes Educational Loan Services | Claim #: 2; Amount Claimed: 18,357.91; Amount Allowed: 18,357.91; Distribution Dividend: 5.81; | 7100-000 | | $1,067.27 | $866.44 |
| 02/24/2012 | 1005 | Great Lakes Educational Loan Services | Claim #: 3; Amount Claimed: 14,903.41; Amount Allowed: 14,903.41; Distribution Dividend: 5.81; | 7100-000 | | $866.44 | $0.00 |
| | | | **TOTALS:** | | $2,800.00 | $2,800.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $2,800.00 | $2,800.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $2,800.00 | $2,800.00 | |

| For the period of 2/28/2011 to 6/12/2012 | | For the entire history of the account between 10/25/2011 to 6/12/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,800.00 | Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 | Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,800.00 | Total Compensable Disbursements: | $2,800.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,800.00 | Total Comp/Non Comp Disbursements: | $2,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-07941-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SAPP, III, JOSEPH C. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2009 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/28/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,800.00 | $2,800.00 | $0.00 |

**For the period of 2/28/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/28/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,800.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,800.00 |
| Total Internal/Transfer Disbursements: | $0.00 |